AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JERRY JOHNSTON | Case No.    2:08cr106-WHA |
| | USM No.    12494-002 |
| | Donnie Wayne Bethel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1-4 of the petition    of the term of supervision.

☐ was found in violation of condition(s)          after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from any unlawful use of a controlled substance | 11/22/2010 |
| 2 | Failure to refrain from any unlawful use of a controlled substance | 3/4/2011 |
| 3 | Failure to refrain from any unlawful use of a controlled substance | 11/28/2012 |
| 4 | Failure to refrain from any unlawful use of a controlled substance | 5/23/2013 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)       and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    0893

Defendant's Year of Birth:    1972

City and State of Defendant's Residence:
Prattville, AL

6/4/2013
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

6/4/2013
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: JERRY JOHNSTON | Judgment — Page 2 of 2 |
| CASE NUMBER: 2:08cr106-WHA |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
12 months, WITH NO SUPERVISION TO FOLLOW. The balance of the two (2) weekends in jail owed by the offender is SUSPENDED. It is ORDERED that the term of supervised release imposed on February 18, 2009, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL